IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

FILED
APR 0 9 2001
CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
E. ST. LOUIS OFFICE

| | |
|---|---|
| RAY SINCLAIR, | ) |
| Plaintiff, | ) Case No. 01-03-WLB |
| v. | ) Track C |
| HARNEY'S RV WORLD, | ) Judge William L. Beatty |
| Defendant. | ) Jury Trial Demanded |

## ORDER

This matter is before the Court upon the motion of Defendant DeSha Investments, LLC, improperly named as Harney's RV World ("DeSha"), for an Order quashing service of process and dismissing this case, for lack of personal jurisdiction. For the reasons that follow, the MOTION IS GRANTED. SERVICE IS QUASHED AND PLAINTIFF'S COMPLAINT IS DISMISSED WITHOUT PREJUDICE.

Plaintiff attempts to plead that defendant violated the Illinois "Lemon Law," 815 ILCS 380, in connection with a motor home plaintiff purchased from defendant April 6, 1998. The purchase of the motor home was negotiated in Missouri, the sales contract was executed in Missouri, and payment for and delivery of the motor home were completed in Missouri. The transaction alleged to have given rise to plaintiff's claim did not take place in the State of Illinois. The Court finds that the defendant has had insufficient contact with the State of Illinois in connection with the subject matter of this lawsuit to support personal jurisdiction and service under the Illinois "Long Arm" statute, 735 ILCS 5/2-209.

In addition, plaintiff signed a Limited Warranty form which establishes that the courts of the State of Indiana have the exclusive jurisdiction over any disputes about the vehicle in question,

including this claim. The parties may by contract choose a forum for litigating claims involving that contract.

Furthermore, plaintiff fails to state a claim under the Illinois Lemon Law, because defendant is a Missouri citizen and the sales transaction did not take place in the State of Illinois.

IT IS SO ORDERED: _____
The Honorable William L. Beatty

DATED: Apr 9 2001